[No. 6058-2-II.   Division Two.   February 1, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
J. FAIN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 58359, Horace G. Geer, J. Pro Tem., entered December 1, 1981. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Petrie, J. Pro Tem.

[No. 6721-8-II.   Division Two.   February 1, 1985.]

ROBERT BLACKBURN, ET AL, *Appellants*, v. STATE FARM
MUTUAL AUTOMOBILE INSURANCE COMPANY,
*Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 81-2-02320-2, Waldo F. Stone, J., entered October 15, 1982. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Petrie, J. Pro Tem.

[No. 14270-4-I.   Division One.   February 4, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN
WILLIAM HENABY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83-1-02903-8, George T. Mattson, J., entered January 19, 1984. *Dismissed* by unpublished per curiam opinion.